UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on April 29, 2005

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | |
| | : | Violation: |
| **KYRA TINEAL WALKER,** | : | 18 U.S.C. §§ 201 (B)(2)(A) and (C) |
| | : | (Receipt of Bribes by a Public Official) |
| Defendant. | : | 18 U.S.C. § 2 (Aiding and Abetting |
| | : | And Causing an Act to Be Done) |

### INDICTMENT

The Grand Jury charges that:

### COUNT I
### (Receipt of Bribes by a Public Official)

At all times material to this Indictment:

1. Defendant Kyra Tineal Walker was employed by the District of Columbia Department of Motor Vehicles ("DMV") as a clerk.

2. Among the official duties of defendant Walker was that of processing applications from individuals seeking to obtain District of Columbia motor vehicle titles and registrations.

3. Ms. Toni Mahoney was a co-worker of defendant Walker. Ms. Mahoney was also employed by the District of Columbia DMV and had official duties similar to those of defendant Walker.

4. Beginning in or about November 2002, through in or about May 2004, in the District of Columbia, defendant Walker, being a public official, did directly and indirectly, corruptly demand, seek, receive, accept, and agree to receive and accept, things of value from individuals seeking to obtain District of Columbia titles and registrations for motor vehicles, to

wit, monies, in return for (a) being influenced in the performance of defendant Walker's official acts and (b) being induced to do and omit to do acts in violation of defendant Walker's official duties; to wit, individuals seeking to obtain titles and registrations for motor vehicles paid defendant Walker money in return for defendant Walker registering or causing titles to be issued for those motor vehicles without the required documentation, including documentation verifying ownership and current insurance, falsely recording the identity of the owners of the motor vehicles, and charging less that the actual fees due the DMV for the issuance of such titles and registration, when, in fact, as defendant Walker well knew, the information she entered into the DMV computer system in order to carry out these transactions was false and, in some cases, the motor vehicles for which she was paid to register or issue fraudulent titles were stolen and did not belong to the individuals seeking the registrations or titles.

5. Beginning in or about November 2002, through in or about April 2004, in the District of Columbia, defendant Walker also aided and abetted her co-worker, Ms. Toni Mahoney, a public official, directly and indirectly, to corruptly demand, seek, receive, accept, and agree to receive and accept, things of value from individuals seeking to obtain District of Columbia titles and registrations for motor vehicles, to wit, monies, in return for (a) being influenced in the performance of Mahoney's official acts and (b) being induced to do and omit to do acts in violation of Mahoney's official duties; to wit, individuals seeking to obtain titles and registrations for motor vehicles paid Walker and Mahoney money in return for Mahoney registering or causing titles to be issued for those motor vehicles without the required documentation, including documentation verifying ownership and current insurance, falsely recording the identity of the owners of the motor vehicles, and charging less that the actual fees

due the DMV for the issuance of such titles and registration. Defendant Walker assisted Mahoney in these activities by relaying bribery money or information to Mahoney from the individuals seeking the fraudulent registrations and licenses, when defendant Walker well knew that in so doing she was aiding and abetting Mahoney in creating fraudulent titles and registration in exchange for money.

**(Receipt of Bribes by a Public Official in Violation of Title 18, United States Code, Sections 201(b)(2)(A) and (C) and 2)**

TRUE BILL


FOREPERSON




Attorney for the United States in
and for the District of Columbia