## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 05-289 (RBW) |
| v. : | |
| : | |
| : | |
| KYRA TINEAL WALKER, : | |
| : | |
| Defendant. : | |

### NOTICE OF ASSIGNMENT AND APPEARANCE AS CO-COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is currently assigned to Robert Bowman. This is a notice that Assistant United States Attorney Daniel P. Butler, D.C. Bar Number 417718, telephone number (202) 353-9431, is entering appearance as co-counsel in this same matter on behalf of the United States.

    Respectfully submitted,

    KENNETH L. WAINSTEIN
    UNITED STATES ATTORNEY

    _____
    DANIEL P. BUTLER, D.C. BAR #417718
    ROBERT BOWMAN, D.C. BAR #417176
    ASSISTANT U.S. ATTORNEYS
    555 4TH Street, N.W.
    Washington, D.C. 20530
    (202) 353-9431 and (202) 353-2877

## **CERTIFICATE OF SERVICE**

_____I HEREBY CERTIFY that copy of the foregoing Notice of Assignment and Appearance As Co-Counsel have been served by mail upon counsel for the defendant,

>Mary Manning Petras
>Federal Public Defender
>625 Indiana Avenue, NW
>Washington, DC 20004

on this _____ day of August, 2005.


_____    _____
                                            DANIEL P. BUTLER
                                            ASSISTANT UNITED STATES ATTORNEY