UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 05-289 (RBW) |
| | : | |
| v. | : | |
| | : | |
| **KYRA WALKER,** | : | |
| | : | |
| Defendant. | : | |

## MOTION TO TRANSFER CASE AS RELATED MATTER

The United States, by and through its attorney, the United States Attorney for the District of Columbia, pursuant to this Court's Local Criminal Rule 57.12, hereby moves the Court to transfer this case to the Calendar Committee for reassignment to the Honorable Judge Richard W. Roberts, because Judge Roberts presently presides over the related case of <u>United States v. Toni A. Mahoney</u>, CR-05-109. In returning the grand jury's indictment in this case, the United States inadvertently failed to file an accompanying related case form.

Local Criminal Rule 57.12, subsection (a)(1), states, in relevant part, that criminal cases are deemed related when "prosecution against different defendants arises from . . . activities which are a part of the same alleged criminal event or transaction." The defendant, Kyra Walker, is charged in the indictment with accepting bribes as a public official and aiding and abetting in the bribery of another public official – that official being Toni A. Mahoney, the defendant in the case presently pending before Judge Roberts. Ms. Mahoney is specifically named in the indictment against defendant Walker. The case against Ms. Mahoney now pending before Judge Roberts involves her engaging in a scheme with various individuals, including defendant Walker, whereby Mahoney accepted bribes in exchange for, among other things, registering motor vehicles and issuing automobile titles and tags while she was employed as a clerk for the District of Columbia

Department of Motor Vehicles. Accordingly, these two cases are related and, pursuant to Local Criminal Rule 57.12, this case should be transferred to Judge Roberts.

Counsel for defendant Walker, Ms. Mary Petras was notified about this motion.

WHEREFORE, for all of the foregoing reasons, and in accordance with subsection 57.12(c)(2) of the Court's Local Criminal Rules, the United States requests that the Court transfer this case to the Calendar Committee for reassignment to Judge Rjoberts.

    Respectfully submitted,

    KENNETH L. WAINSTEIN
    UNITED STATES ATTORNEY
    D.C. BAR # 451058

By:    _____
    DANIEL P. BUTLER, D.C. Bar #417718
    ROBERT C. BOWMAN, D.C. Bar#417176
    ASSISTANT U.S. ATTORNEYS
    555 4th Street, N.W.
    Washington, D.C. 20530
    (202) 353-9431 and (202) 353-2877
    Daniel.Butler@usdoj.gov
    Robert.C.Bowman@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No. 05-289 (RBW)** |
| | : | |
| v. | : | |
| | : | |
| **KYRA WALKER,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Pursuant to the Court's Local Criminal Rule 57.12, and based on a reading of the indictment in this case and the representations in the United States' Motion to Transfer Case As Related Matter, it is hereby

ORDERED that this case is hereby transferred to the Calendar Committee, so that it may be considered for reassignment as a related case to <u>United States v. Toni</u>, CR-05-109 (RWR).

SO ORDERED this _____ day of August, 2005.

_____
REGGIE B. WALTON
United States District Court Judge
for the District of Columbia

cc:   Robert Bowman
      Daniel Butler
      Assistant U.S. Attorneys
      U.S. Attorney's Office


      Mary Petras
      Federal Public Defender
      Federal Public Defender Service