FILED

AUG 1 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 05-289 (RBW) |
| | : | |
| v. | : | |
| | : | |
| **KYRA WALKER,** | : | |
| | : | |
| Defendant. | : | |

### ORDER

Pursuant to the Court's Local Criminal Rule 57.12, and based on a reading of the indictment in this case and the representations in the United States' Motion to Transfer Case As Related Matter, it is hereby

ORDERED that this case is hereby transferred to the Calendar Committee, so that it may be considered for reassignment as a related case to <u>United States v. Toni</u>, CR-05-109 (RWR).

SO ORDERED this 17th day of August, 2005.

_____
REGGIE B. WALTON
United States District Court Judge
for the District of Columbia

cc:  Robert Bowman
     Daniel Butler
     Assistant U.S. Attorneys
     U.S. Attorney's Office


     Mary Petras
     Federal Public Defender
     Federal Public Defender Service