UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| v.                            : | Cr. No. 05-289 (RWR) |
| **KYRA T. WALKER**            : | |

### UNOPPOSED MOTION TO CONTINUE STATUS HEARING

Ms. Kyra T. Walker, the defendant, respectfully moves this Honorable Court to continue the status hearing scheduled for October 3, 2005. In support of this motion, counsel states:

1. The October 3, 2005, status hearing was scheduled by the Court without consultation with counsel.

2. Undersigned counsel will be in trial before the Honorable James Robertson on October 3, 2005, and cannot attend a status hearing on that date.

3. Undersigned counsel is available for a status hearing on the mornings of October 11, 12, 13, 18, or 19, 2005.

WHEREFORE, for the foregoing reason, counsel requests that the Court reschedule the status hearing.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
Mary Manning Petras
Assistant Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500