UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **05-289 (RWR)** |
| **KYRA T. WALKER** | : | |

**<u>ORDER</u>**

Upon consideration of counsel's Unopposed Motion to Continue Status Hearing and finding good cause shown, it is this ___ day of _____, 2005, hereby

ORDERED that the motion is GRANTED.

_____
THE HONORABLE RICHARD W. ROBERTS