CO-526
(12/86)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 5-289
)
Kyra T Walker )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives ~~his~~ her right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:

_____
Robert Bouman
United States Attorney

Approved:

_____
Judge

FILED
NOV 15 2005
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT