UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| v. | : Cr. No. 05-289 |
| **KYRA TINEAL WALKER** | : |
| Defendant. | : |

## NOTICE OF APPEAL

**Name and address of appellant:**     Kyra Tineal Walker

**Name and address of appellant's attorney:**     Mary Manning Petras
Assistant Federal Public Defender
625 Indiana Avenue, NW, Suite 550
Washington, DC 20004

**Offense:**     18 U.S.C. 201(b)(2)(A) & (C) - Bribery of Public Officials & Witnesses

**Concise statement of judgment or order, giving date, and any sentence:**
Sentenced 1/30/06 - 12 months and 1 day incarceration, followed by 2 years supervised release, and $100 special assignment

**Name of institution where now confined, if not on bail:**


I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.

_2/10/06_                                _Kyra Tineal Walker_
DATE                     APPELLANT


CJA, NO FEE ____ FPD_____
PAID USDC FEE ____No_____     ATTORNEY FOR APPELLANT
PAID USCA FEE ____No_____


Does counsel wish to appear on appeal?   ___ Yes   _X_ No
Has counsel ordered transcripts?   ___ Yes   _X_ No
Is this appeal pursuant to the 1984 Sentencing Reform Act?   _X_ Yes   ___ No