**HONORABLE RICHARD W. ROBERTS, UNITED STATES DISTRICT JUDGE**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | :   **Docket No.: 05-289-01** |
| | : |
| **vs.** | : |
| | : |
| **WALKER, Kyra Tineal** | :   **Disclosure Date:  December 22, 2005** |

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the
Presentence Investigation Report (PSR) in the above-entitled case.  The undersigned
further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)

( ✓ )   There are no material/factual inaccuracies therein.

(  )   There are material/factual inaccuracies in the PSI report as set forth in the
attachment herein.

_____                    1/3/06
**Prosecuting Attorney**                              **Date**

#### For the Defendant

(CHECK APPROPRIATE BOX)

(  )   There are no material/factual inaccuracies therein.

(  )   There are material/factual inaccuracies in the PSI report as set forth in the
attachment.

_____            _____
**Defendant**              **Date**       **Defense Counsel**         **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material
inaccuracies or disputes in writing by **January 9, 2006**, to U.S. Probation Officer **Renee
Moses-Gregory**, telephone number **(202) 565-1348**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of
the Attorney for the Government and the Defense Counsel to provide each other with a
copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**