HONORABLE RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

UNITED STATES OF AMERICA

vs.

Kyra Walker                                  Docket No.: CR 05-289-01

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that **Kyra Walker** having been sentenced, on January 30, 2006, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to __FMC Carswell SCP__, in __Fort Worth, TX__ by 2 p.m., on __June 22, 2006__.

__6-15-06__
Date

RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

**FILED**
JUN 15 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

ATTORNEY/U.S. PROBATION OFFICER                DEFENDANT

Revised 6-2004