UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | CR-05-289-01 (RWR) |
| **KYRA TENEAL WALKER** | : | |

**EMERGENCY MOTION TO STAY SELF-SURRENDER
ORDER AND CORRECT PRESENTENCE INVESTIGATION REPORT**

Ms. Kyra Teneal Walker, the defendant, respectfully moves this Honorable Court to stay the order of self-surrender issued by the Court on June 15, 2006, and to correct the Presentence Investigation Report. In support of this motion, counsel states:

1. On November 15, 2005, Ms. Walker pled guilty to one count of receipt of a bribe by a public official in violation of 18 U.S.C. § 201(b)(2)(A). On January 30, 2006, the Court sentenced her to a period of incarceration of twelve months and one day. The Court did not order Ms. Walker to immediately begin serving her sentence, but permitted her to self-surrender to a facility to be designated by the Federal Bureau of Prisons ("BOP").

2. The BOP has directed Ms. Walker to report to the Federal Medical Center ("FMC") Carswell in Fort Worth, Texas, no later than 2:00 p.m. on June 22, 2006, and the Court has issued an order directing Ms. Walker to comply with the BOP directive.

3. After receiving the notice that Ms. Walker has been designated to a medical facility in Texas, counsel contacted United States Probation Officer Sondra Rhodes, who in turn contacted the BOP. Mr. Rhodes informed counsel that the BOP designed Ms. Walker to the FMC because the Presentence Investigation Report indicates that she suffers from and is on medication for

depression. Mr. Rhodes also stated that the BOP indicated that the FMC in Texas was the closest FMC with available bedspace.

    4. Ms. Walker is not in need of mental health treatment. The information in the Presentence Report refers to prior treatment for depression and incorrectly states that she is still on medication for depression. See Exhibit 1, Letter from Treating Physician dated June 19, 2006.

    5. Ms. Walker is a 27-years-old mother of an eleven year old boy. Her husband is a sergeant in the United States Army and currently is deployed in Iraq. Her mother, who will be caring for her son while she is incarcerated, suffers from Lupas. Her mother will not be able to bring her son to visit her in Texas because it is too far for her to travel. Requiring Ms. Walker to serve her sentence at the Texas facility will be a great hardship on her son who would be without any means to see either of his parents.

    6. Because Ms. Walker was designated to the Texas medical facility based on inaccurate information in the Presentence Report, we respectfully request that the Court stay the order requiring her to report to that facility and order that the Probation Office correct the Presentence Report and forward the corrected report to the BOP for the BOP to re-evaluate the designation.

    7. Undersigned counsel was unable to reach government counsel or the probation officer prior to filing this motion.

    WHEREFORE for the foregoing reasons Ms. Walker respectfully requests that the Court issued the attached proposed order temporarily staying the BOP's order of self-surrender and

ordering the Probation Office to correct Mental and Emotional Health section of the Presentence Report.

Respectfully submitted,

/s/

_____
Mary Manning Petras
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500