UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | CR-05-289-01 (RWR) |
| **KYRA TENEAL WALKER** | : | |

ORDER

Upon consideration of defendant's Emergency Motion to Stay Order of Self-Surrender Order and Correct Presentence Investigation Report and finding good cause shown, it is this _____ day of June, 2006, hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the Court June 15, 2006, Order requiring Ms. Walker to self-surrender to the Bureau of Prisons on June 22, 2006, is STAYED; and it is further

ORDERED that the Probation Office shall correct the Presentence Investigation Report based on Exhibit 1 attached to defendant's motion; and it is further

ORDERED that the Probation Office shall forward the corrected report to the Bureau of Prison for purposes of designating and appropriate facility for Mr. Walker to serve her sentence of incarceration.

_____
The Honorable Richard W. Roberts