# METROPOLITAN MEDICAL ASSOCIATES, PC

Dana W. McGinty, MD
(202) 882-2565
(202) 723-8561

6323 Georgia Avenue, Suite 101
Washington DC 20011
metromedical@verizon.net

```
DANA MCGINTY, MD
METROPOLITAN MEDICAL ASSOCIATE
6323 GEORGIA AVE NW SUITE 101
WASHINGTON DC,  20011
2028822565
```

06/19/2006

RE: Kyra Walker

DOB: 09/11/1978

Ms Kyra Walker was evaluated in this office today. She was last seen in November of 2004, and at that time was prescsribed Lexapro for anxiety and panic attacks. She has not taken this medication nor been prescribed any since that breif episode. She is no longer, in my opinion, suffering from anxiety disorder and does not need medication or treatment for such. She seems to be coping well despite a high level of stress in her personal life.

Sincerely,


DANA MCGINTY, MD

*[signature]*