UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-289 (RWR) |
| v. | : | |
| KYRA T. WALKER, | : | |
| Defendant. | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT WALKER'S EMERGENCY MOTION TO STAY SELF-SURRENDER AND CORRECT THE PRESENTENCE INVESTIGATION REPORT**

The United States of America, by and through its counsel, the United States Attorney for the District of Columbia, hereby responds to defendant Kyra T. Walker's emergency motion to stay self-surrender and correct the presentence investigation report ("PSR"). As is discussed below, the government defers to the Court as to the appropriate course of action to take on defendant's motion.

Defendant is set to surrender to a Bureau of Prisons facility ("BOP") by 2:00 p.m. on Thursday of this week. Defendant's Motion, at page 1. Defendant claims that she was designated for placement at that facility, a medical center in Fort Worth, Texas, because her PSR allegedly mistakenly reports that she suffers from and is on medication for depression. *Id.*, at pages 1-2. Defendant states that she does not need to be at a medical facility and that she would rather be at a facility closer to the District of Columbia so that she could more readily see her son, who is eleven years old. *Id.*, at page 2.

The government defers to the Court as to the appropriate steps to take in this matter. Due to the late timing of this motion and the lack of a true emergency, however, it may be just as efficient to have defendant report to the BOP facility in Fort Worth for the present time and then allow BOP to make an administrative determination as to whether defendant should continue to be housed there.

It is BOP that soon will taken responsibility for defendant's health, safety and housing and this seems to be the type of placement decision that it is in the best position to make. To the extent the PSR needs any modifications to assist in more refined placement decisions regarding defendant, those can be made in a timely manner through consultation between defense counsel and the Probation Office, with the approval of the Court.

                                              Respectfully submitted,

                                              KENNETH L. WAINSTEIN
                                              UNITED STATES ATTORNEY
                                              D.C. Bar Number 451058

                                              / s /

By:                                           _____
                                              DANIEL P. BUTLER
                                              D.C. Bar Number 417718
                                              ASSISTANT U.S. ATTORNEY
                                              555 4th Street, N.W.
                                              Washington, D.C. 20530
                                              (202) 353-9431
                                              Daniel.Butler@usdoj.gov