**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**



FILED

JUN 2 1 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| v. | ) Criminal Action No. 05-289 (RWR) |
| | ) |
| KYRA WALKER, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

Defendant has moved to stay the Order to Surrender signed on June 15, 2006. She understands that the Bureau of Prisons designated a facility in Texas to which she is to report based upon medical information in the presentence report that is no longer current. She argues that serving her time in a facility that far way would be a great hardship for her child and his caregiver. It is hereby

ORDERED that the Order to Surrender signed on June 15, 2006 be, and hereby is, STAYED for 45 days. During that time, defendant may pursue with the Bureau of Prisons and the United States Probation Office her request for a redesignation.

SIGNED this 20th day of June, 2006.

_____
RICHARD W. ROBERTS
United States District Judge