HONORABLE RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

FILED

JUL 5 - 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Kyra Walker                                    Docket No.: CR 05-289-01

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that __Kyra Walker__ having been sentenced, on January 30, 2006, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to   FPC Alderson  , in   Alderson, WV   by 2 p.m., on   August 10, 2006  . The Order to Surrender signed on June 15, 2006 is hereby VACATED.

__6-30-06__
Date

RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

ATTORNEY/U.S. PROBATION OFFICER                        DEFENDANT

Revised 6-2004