# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 06-3023**  September Term, 2005

05cr00289-01

Filed On:

United States of America,
    Appellee

v.

Kyra Tineal Walker,
    Appellant

FILED
JUN 3 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED JUN 2 6 2006
CLERK

## ORDER

Upon consideration of appellant's motion to dismiss appeal, and the affidavit in support thereof, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.

FOR THE COURT:
Mark J. Langer, Clerk

BY: Nancy G. Dunn
Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk